UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,           Case No. 22-cr-20070

    v.                         Hon. Gershwin A. Drain
                               Magistrate Judge Anthony P. Patti

CORNELIUS MANNS,

        Defendant.
_____/

## INDEX OF EXHIBITS

| Exhibit No: | Description: |
|---|---|
| 1 | MDOC Probation Violation Report - Absconder |
| 2 | Detroit Police Armed Robbery Report |
| 3 | Redford Police Department DV Report |
| 4 | Michigan State Police Lab Report |